UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DEWAYNE ANDREWS, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Case No.  5:25-cv-00133-MHH-NAD |
| ROLANDA CALLOWAY, Warden, et al., | ) ) ) ) |
| Respondents. | ) ) |

## **MEMORANDUM OPINION**

On October 22, 2025, the magistrate judge entered a report in which he recommended that the Court deny Christopher Dewayne Andrews's § 2254 habeas petition.  (Doc. 12).  The magistrate judge advised the parties of their right to file objections within 14 days.  (Doc. 12 at 13-14).  To date, the Court has not received objections.

After consideration of the materials electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation.  Consistent with the recommendation, by separate order the Court will deny Mr. Andrews's petition and dismiss the petition for writ of habeas corpus with prejudice.

Because the petition does not present issues that are debatable among jurists of reason, this Court will not issue a certificate of appealability.  28 U.S.C. § 2253(c);

*Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.  If Mr. Andrews wishes to appeal, he must request a certificate of appealability from the Eleventh Circuit Court of Appeals. Rule 11(a), Rules Governing § 2254 Proceedings; Fed. R. App. P. 22.  For additional information about the time to file a notice of appeal, see Rule 11(b), Rules Governing § 2254 Proceedings and Fed. R. App. P. 4(a).

      **DONE** and **ORDERED** this December 8, 2025.

                                             */s/ Madeline H. Haikala*
                                             **MADELINE HUGHES HAIKALA**
                                             UNITED STATES DISTRICT JUDGE